No. 80–1043.  GERDES *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1047.  GEORGIA POWER CO. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 80–1049.  WESTERN CATHOLIC CHURCH *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 80–1093.  BROMLEY CORP., DBA ROBERTS AIRWAYS, ET AL. *v.* CORTESE, ADMINISTRATRIX, ET AL.  Certiorari denied.

No. 80–1109.  TEICHGRAEBER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 80–1122.  SCHWARZ *v.* COASTAL RESOURCES MANAGEMENT COUNCIL ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 80–1142.  SOWECO, INC. *v.* SHELL OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–1151.  HAHN ET AL. *v.* ATLANTIC RICHFIELD CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–1156.  GIBBS *v.* WELSH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 80–1159.  HOLLINGSWORTH *v.* GEORGIA.  Ct. App. Ga. Certiorari denied.

No. 80–1161.  JOHNSON *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari denied.